UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAINIER VELASQUEZ individually, and on
behalf of all other similarly situated employees,

Plaintiff,

-vs-                                                                 Case No. 2:08-cv-323-FtM-29SPC

R.W.L. COMMUNICATIONS, INC.,

Defendant.
_____

# REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This matter comes before the Court on the Amended Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice (Doc. #27) filed on March 24, 2009. On February 23, 2009, the parties filed a Joint Motion to Approve Settlement (Doc. #25). The Motion indicated the settlement agreement was confidential and to be filed with the Court *in camera*. Upon review, the settlement agreement was not fully executed because it lacked signatures by all parties. Thus, the Court issued an Order directing the parties to file a revised agreement signed by all parties as well as indicate clearly the parties' resolution on attorneys fees and costs. In response, the parties have filed the instant Amended Motion (Doc. #27). The terms of the agreement were clearly outlined and the fully executed settlement agreement was attached. Therefore, the Motion for Approval of Settlement is now ripe for review.

This case was brought under the Fair Labor Standards Act (FLSA) 29 U.S.C. § 201 *et. seq*. The Parties have reached a settlement agreement and seek court approval of that agreement. In

Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352-1355 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." In the Joint Motion for Approval submitted by the Parties, (Doc. # 27), the Parties represent that to avoid the expense and inconvenience of litigation, a settlement has been reached in a bona fide good faith dispute and is deemed fair and reasonable. The compromise of the original claim reached between the parties including attorney's fees and costs is to be distributed as outlined below.

The parties have agreed to a settlement amount of $7,500.00 and agree that this amount fairly and adequately compensates the Plaintiff. The Plaintiff, Rainier Velasquez, has agreed to accept $7,500.00 in unpaid overtime wages as a fair and reasonable settlement of his claim. The total $7,500.00 is inclusive of attorney fees and costs. Further, the Plaintiff has agreed to pay his attorney $3,000.00, and costs in the amount of $399.00, from the total settlement amount of $7,500.00.

Because the Plaintiff has agreed that the settlement figure was entered into knowingly and voluntarily, after having the opportunity to fully discuss it with his attorney, the Court concludes that the proposed settlement is a fair and reasonable resolution of a bona fide dispute over the FLSA.

Accordingly, it is now

**RESPECTFULLY RECOMMENDED:**

The Amended Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice (Doc. #27) should be **GRANTED** and the settlement agreement should be **APPROVED** by the District Court. It is further respectfully recommended the case should be **DISMISSED with Prejudice** pursuant to the agreement of the Parties and the Clerk should be directed to close the file

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended at Fort Myers, Florida, this ___25th___ day of March, 2009.

_____
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record