UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAINIER VELASQUEZ individually, and
on behalf of all other similarly
situated employees,

    Plaintiff,

vs.    Case No. 2:08-cv-323-FtM-29SPC

R.W.L. COMMUNICATIONS, INC.,

    Defendant.
_____

**OPINION AND ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #28), filed March 25, 2009, recommending that the Amended Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice (Doc. #27) be granted, the settlement approved, and the case be dismissed with prejudice. No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. §

636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and approves the settlement as fair and reasonable.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #28) is hereby **adopted** and the findings incorporated herein.

2.  The parties' Amended Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice (Doc. #27) is **GRANTED** and the attached Settlement Agreement and Release (Doc. #27-2) is approved as fair and reasonable.

3.  The Clerk shall enter judgment dismissing the case with prejudice except as otherwise provided by the Settlement Agreement and Release (Doc. #27-2), terminate all pending matters, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __13th__ day of April, 2009.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties